No. 04-99-00655-CV


IN RE RED SIMPSON, INC. 



Original Proceeding(1)



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: August 31, 1999


PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR EMERGENCY RELIEF
DENIED


 The court has considered relator's petition for writ of mandamus and motion for emergency
relief, and is of the opinion that relief should be denied. See Tex. R. App. P. 52.8(a). Accordingly,
relator's petition for writ of mandamus and motion for emergency relief are denied.

 Relator shall pay all costs incurred in this proceeding.

 The clerk of this court is directed to transmit a copy of this opinion to the attorneys of record,
the trial court judge, and the trial court clerk.

 PER CURIAM

Do not publish


1. This proceeding arises out Cause No. 98-CI-08112, styled Concepcion Duran, Sr., et al. v. Alexander Utility
Engineering, Inc., et al., pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Michael Peden
signed the order complained of.